**DISMISS and Opinion Filed January 8, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01044-CV

**KIMLEY-HORN AND ASSOCIATES, INC., Appellant**
**V.**
**WESTERN RIM PROPERTY SERVICES, INC. AND W^3 OWNER, L.P., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03270**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is appellant's unopposed motion to dismiss this appeal. Appellant states

the parties have settled. We grant the motion and dismiss the appeal. *See* Tex. R. App. P.

42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191044F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KIMLEY-HORN AND ASSOCIATES,
INC., Appellant

No. 05-19-01044-CV       V.

WESTERN RIM PROPERTY SERVICES,
INC. AND W^3 OWNER, L.P., Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-03270.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to an agreement between the parties, it is **ORDERED** that appellees WESTERN RIM PROPERTY SERVICES, INC. AND W^3 OWNER, L.P. recover their costs of this appeal from appellant KIMLEY-HORN AND ASSOCIATES, INC.

Judgment entered January 8, 2020